**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
NUEVOS DESTINOS, LLC, et al.,   )
                               )
          Plaintiffs,           )
                               )
     v.                         )     Case No. 15-cv-1846 (EGS)
                               )
SAMUEL PECK, et al.,            )
                               )
          Defendants.           )
_____)
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the nine defendants' eight motions to dismiss, *see* ECF Nos. 35, 36, 37, 38, 45, 50, 52, 54, are **GRANTED**; and it is further

**ORDERED** that defendants Javier; Jorge, Sr.; Jorge, Jr.; Ofelia; Mr. Farah; SKE; Confactor; Convalor; and Mr. Peck are hereby **DISMISSED** from this action; and it is further

**ORDERED** that plaintiffs' motion for jurisdictional discovery, *see* ECF No. 63, is **DENIED**; and it is further

**ORDERED** that plaintiffs' motions for orders allowing alternative service for relevant defendants, *see* ECF Nos. 62, 89, are **DENIED AS MOOT**; and it is further

**ORDERED** that SKE's motion to strike certain declarations and exhibits, *see* ECF No. 76, is **DENIED AS MOOT;** and it further

**ORDERED** that plaintiffs shall file a status report providing recommendations for further proceedings by no later than February 4, 2019.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
             **United States District Judge**
             **January 2, 2019**